CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 20-01891

PAULA BOUTIAN

VERSUS

WALMART, INC., WAL-MART LOUISIANA, LLC, (d/b/a WAL-MART STORE NO.1342) and ABC INSURANCE COMPANY

FILED _____     _____ DEPUTY CLERK

FILED FEB 26 2020
CLERK'S OFFICE
CIVIL DISTRICT COURT

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Petitioner, **Paula Boutian** (hereinafter referred to as "Petitioner"), a person of the age of majority and domiciled in the Parish of Plaquemines, State of Louisiana, who respectfully presents claims for personal injuries as follow:

I.

Made Defendants herein are the following:

a. **WALMART, INC.**, a foreign corporation authorized to do and doing business in the State of Louisiana;

b. **WAL-MART LOUISIANA, LLC, (d/b/a WAL-MART STORE NO.1342)**, a foreign limited liability company authorized to do and doing business in the State of Louisiana; and

c. **ABC INSURANCE COMPANY**, a foreign insurance company authorized to do and doing business in the State of Louisiana

II.

Petitioner avers that venue is proper in Orleans Parish pursuant to Louisiana Code of Civil Procedure Article 74, which says an action for the recovery of damages for an offense or quasi offense may be brought in the parish where the wrongful conduct occurred, or in the parish where the damages were sustained. The wrongful conduct, negligence, occurred in Orleans Parish. The damages suffered by Petitioner were sustained in Orleans Parish.

III.

Defendant is solely liable unto Petitioner for such damages as are reasonable in the premises, including past, present, and future physical pain and suffering, past, present, and future


EXHIBIT A

mental pain and suffering, past, present, and future medical expenses, past, present, and future loss of earnings, future loss of earning capacity, past, present and future loss of enjoyment of life, past, present, and future disfigurement and scarring, and permanent disability to the body, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings, for the following to wit:

IV.

On or about July 8, 2019, an incident occurred involving Petitioner, at the WALMART, INC. and/or WAL-MART LOUISIANA, LLC (d/b/a WAL-MART STORE NO.1342), located at 4001 Behrman Pl., New Orleans, Louisiana. Petitioner was a patron of this WALMART, INC. and/or WAL-MART LOUISIANA, LLC (d/b/a WAL-MART STORE NO.1342) when she suddenly and without warning slipped and fell on an unknown liquid while proceeding through the produce department. Upon information and belief, no caution sign was present at the time of Petitioner's fall. Said accident caused severe and debilitating injuries to Petitioner.

V.

The sole and proximate cause of the above referenced accident was the negligence and fault of the Defendant, WALMART, INC., and/or WAL-MART LOUISIANA, LLC (d/b/a WAL-MART STORE NO.1342), through their agents and employees, which attributed to the following non-exclusive list of particulars:

a. Failure to maintain the premises in a safe condition;
b. Failure to remedy an unsafe condition;
c. Failure to conduct routine inspections of the grounds to ensure safe conditions;
d. Failure to instruct their employees as to the proper maintenance of the facility;
e. Failure to warn patrons of the unsafe condition;
f. Defendants knew or should have known of said hazardous condition;
g. The condition was present for a long enough period of time that if Defendant were acting reasonably it would have been addressed;
h. Any and all other acts of negligence, which may be proven at the trial of this matter.

VI.

Upon information and belief, it is alleged that at all times material hereto, WALMART, INC., and/or WAL-MART LOUISIANA, LLC (d/b/a WAL-MART STORE NO.1342), was

a self-ensured entity for the type of loss sued upon herein, thus rendering said Defendant WALMART, INC., and/or WAL-MART LOUISIANA, LLC (d/b/a WAL-MART STORE NO.1342), liable to Petitioner.

FILED
FEB 26 2020
CLERKS OFFICE
CIVIL DISTRICT COURT

VII.

In the alternative, upon information and belief, it is alleged at all times material hereto, ABC INSURANCE COMPANY, provided a policy of general liability insurance that insured WALMART, INC. and/or WAL-MART LOUISIANA, LLC (d/b/a WAL-MART STORE NO.1342) for the type of loss sued upon herein, thus rendering said Defendant ABC INSURANCE COMPANY liable to Petitioner.

WHEREFORE, Petitioner, Paula Boutian, prays that Defendants, WALMART, INC. WAL-MART LOUISIANA, LLC (d/b/a WAL-MART STORE NO.1342) AND ABC INSURANCE COMPANY be duly cited and served with a copy of this Petition, and, after all due proceedings are had, there be a judgment in favor of Petitioner, Paula Boutain, and against Defendants WALMART, INC, WAL-MART LOUISIANA, LLC (d/b/a WAL-MART STORE NO.1342) AND ABC INSURANCE COMPANY, jointly and in solido in amounts as are reasonable in the premises, including past, present, and future medical expenses, past, present and future pain and suffering, past, present and future mental pain and suffering, past, present, and future earnings, loss of future earning capacity, permanent disability of the body, past, present and future loss of enjoyment of life, past, present and future disfigurement and scarring, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings.

Petitioner further prays for all general and equitable relief.

Respectfully submitted,

COSSÉ LAW FIRM, LLC

_____
KATELYN N. DONNELLY #38194
IRVY E. COSSÉ, III #23694
1515 Poydras Street, Suite 1825
New Orleans, Louisiana 70112
Telephone: (504) 588-9500
Facsimile: (504) 588-2114
Email: katelyn@cosselaw.com
*Attorneys for Petitioner, Paula Boutian*

A TRUE COPY
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

PLEASE SERVE:

WALMART, INC.
Through its registered agent for service of process:
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

WAL-MART LOUISIANA, LLC (d/b/a WAL-MART STORE NO.1342)
Through its registered agent for service of process
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

PLEASE HOLD SERVICE:

ABC INSURANCE COMPANY



FILED
FEB 26 2020
CLERKS OFFICE
CIVIL DISTRICT COURT