UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAULA BOUTIAN<br><br>PLAINTIFF<br><br>v.<br><br>WALMART, INC., WAL-MART LOUISIANA, LLC (d/b/a WAL-MART STORE NO. 1342) and ABC INSURANCE COMPANY<br><br>DEFENDANT | CIVIL ACTION NO.<br>2:20-cv-02881<br><br><br>JUDGE<br>SUSIE MORGAN<br><br>MAG.<br>DANA DOUGLAS<br><br><br>On removal from the Civil District Court, Parish of Orleans, State of Louisiana: Case No. 20-01890 |

## **MOTION FOR REMAND**

**TO: The Honorable Judges**
   **of the United States District Court**
   **for the Eastern District of Louisiana**

Petitioner, Paula Boutian, files this Motion for Remand pursuant to 28 U.S.C. §1447(c), and hereby asks this Honorable Court to remove this matter from its docket and remand this matter to the Civil District Court for the Parish of Orleans, State of Louisiana, on the grounds that the amount in controversy threshold is not met, as the damages do not exceed $75,000.00; therefore, under 28 U.S.C. §1332, concurrent original jurisdiction does not exist.

Petitioner, Paula Boutian, hereby move for a remand of this action from the docket of the United States District Court for the Eastern District of Louisiana to the Civil District Court for the Parish of Orleans, State of Louisiana.

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading has been E filed and thus pursuant to LR 5.4 no certificate of service is required, since all parties are electronic filers and will receive notice through the court's electronic filing system.

_____
Katelyn N. Donnelly

Respectfully submitted,

COSSÉ LAW FIRM, LLC

_____
KATELYN N. DONNELLY #38194
IRVY E. COSSÉ, III #23694
1515 Poydras Street, Suite 1825
New Orleans, Louisiana 70112
Telephone: (504) 588-9500
Facsimile: (504) 588-2114
*Attorneys for Plaintiff*